HARRY CAMP, trustee, plaintiff in error, *vs.* DANIEL N. BAKER, defendant in error.

On the trial of a *scire facias* to revive a dormant judgment, the defendant therein offered evidence to prove that the notes upon which the judgment was obtained were paid off before the rendition of the judgment, which evidence was rejected by the Court: *Held*, that the evidence so offered, without more, was properly rejected by the Court below.

Dormant judgment. Evidence. Before Judge GREEN. Newton Superior Court. September, 1869.

Camp *vs.* Baker.

In June, 1860, Baker obtained a judgment in said county against Harry Camp, trustee for Sarah A Camp, principal, and one Johnson, security, which became dormant. *Scire facias* was issued for its revival. Camp pleaded that the note upon which said judgment was founded was paid before judgment, and claimed the benefit of the Relief Law. At the trial, Camp's attorney moved to continue said cause, because of the absence of a witness by whom he could prove said payment. The continuance was refused. He then offered to prove it by another witness, but the Court held that the evidence was inadmissible. No other evidence was offered and the judgment was revived.

The refusal to continue and the ruling out said evidence, are assigned as error.

A. B. SIMMS, for plaintiff in error.

W. W. CLARK, for defendant.

WARNER, J.

The error complained of in this case is, that the Court refused to allow the defendant, on the trial of a *scire facias*, to revive a dormant judgment, to prove that the notes upon which the judgment was obtained had been paid off before the rendition of the judgment. There was no error in the Court below in rejecting the evidence offered.

Let the judgment of the Court below be affirmed.